THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| HT-SEATTLE OWNER, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:19-cv-01713-RSL<br><br>STIPULATED MOTION & ORDER OF DISMISSAL |

## I. STIPULATION

This case has been fully resolved by settlement. Plaintiff HT-Seattle Owner and Defendant Indian Harbor Insurance Company stipulate that this matter can and should be dismissed with prejudice and without any award of costs or attorney's fees to either party.

DATED this 20th day of December 2019.

| | |
|---|---|
| HARPER | HAYES PLLC | DUANE MORRIS LLP |
| By: s/ *Todd C. Hayes*<br>    Todd C. Hayes, WSBA No. 26361<br>    600 University Street, Suite 2420<br>    Seattle, WA 98101<br>    206.340.8010<br>    todd@harperhayes.com<br>    Attorneys for Plaintiff | By: s/ *Daniel Heidtke*<br>    Daniel Heidtke, WSBA No. 51034<br>    801 Second Avenue, Suite 800<br>    Seattle, WA 98104<br>    213.689.7421<br>    dbheidtke@duanemorris.com<br>    Attorneys for Defendant |

STIPULATED MOTION & ORDER OF DISMISSAL - 1

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

## II. ORDER

Based on the stipulation, IT IS ORDERED:

This matter is dismissed with prejudice and without any award of costs or attorney's fees to either party.

Dated this 20th day of December, 2019.

*[signature]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

HARPER | HAYES PLLC

By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    Attorneys for Plaintiff

DUANE MORRIS LLP

By: s/ *Daniel Heidtke*
    Daniel Heidtke, WSBA No. 51034
    Attorneys for Defendant

STIPULATED MOTION & ORDER OF DISMISSAL - 2

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010